## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| | ) | |
| IN RE:  YASMIN AND YAZ | ) | 3:09-md-02100-DRH |
| (DROSPIRENONE) MARKETING, SALES | ) | |
| PRACTICES AND PRODUCTS LIABILITY | ) | MDL No. 2100 |
| LITIGATION | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Lori Alexander, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12506-DRH |
| *Karen Ardoin, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10732-DRH |
| *Kacie Arnold v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10712-DRH |
| *LeAnn Atwood, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12244-DRH |
| *Crystal Baldwin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11079-DRH |
| *Sarah Best, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10067-DRH |
| *Jerri Brazelton, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11172-DRH |
| *Jessica Burch v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10764-DRH |
| *Deanna Carroll v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11386-DRH |
| *Tiffany Carter, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10654-DRH |
| *Jordan Davidson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20071-DRH |

| | |
|---|---|
| *Jamie Fitts, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11448-DRH |
| *Dorothy Renee Gidel, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10747-DRH |
| *Jessica Gilliland, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20252-DRH |
| *Laura Hale v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10754-DRH |
| *Jennifer Itote, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10730-DRH |
| *Jayme Jahns, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10277-DRH |
| *Meridith Jemison. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10437-DRH |
| *Linda Kinderman, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10439-DRH |
| *Jacqueline McIntosh v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11336-DRH |
| *Natalie Osteen-Velasquez, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20262-DRH |
| *Jamie Robinson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10702-DRH |
| *Lori Speltz-Deremer, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10312-DRH |
| *Kimberly Taylor v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10533-DRH |
| *Rosemary Wheeles, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10977-DRH |
| *Susan Wilburn, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11983-DRH |

*Dawn Winter-Haines, et al. v. Bayer*      No. 10-cv-10299-DRH
*HealthCare Pharmaceuticals Inc., et al.*

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 14, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
       Deputy Clerk

**Dated:**  April 15, 2014

Digitally signed
by David R.
Herndon
Date: 2014.04.15
10:48:22 -05'00'

**APPROVED:**
      CHIEF JUDGE
      U. S. DISTRICT COURT